## United States District Court Violation Notice

CVB Location Code: ON50

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 2275338 | FAHALL | 3885 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 01/19/2015 | 1.218 (b)(16) |

Place of Offense: 10701 East Blvd Cleveland, OH 44106

Offense Description: Factual Basis for Charge

Entering the premises under the influence of Alcoholic beverages

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Higgins | Walter | M |

| A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. | B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. |
|---|---|

$ 200 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 225 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: Not Present

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01-19, 20 15 while exercising my duties as a law enforcement officer in the Northern District of Ohio

On January 19th at approximately 1703Hrs while conducting an investigation in the emergency room parking lot for alleged vandalism, I made contact with Mr. Walter HIGGINS. Upon making contact with Mr. HIGGINS, he exhibited clear signs of impairment; bloodshot glazed eyes, slurred speech, and impaired balance. I detected the odor of alcoholic beverage coming from his person. While engaged in conversation HIGGINS stated that he had been drinking throughout the day. I also noted an empty 16oz can lying on the ground to the rear of the vehicle in the location where I first made contact with HIGGINS. HIGGINS claimed responsibility for the empty can. HIGGINS was cited and released.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/19/2015

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident